UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

In re:    Chapter 13

Ruth M. Holden    Case No. 17-23136-GLT

Debtor.
_____/

**REQUEST FOR SERVICE OF NOTICES**

**TO THE CLERK, DEBTOR, TRUSTEE, AND ALL INTERESTED PARTIES:**

**PLEASE TAKE NOTICE** that, on behalf of Wilmington Savings Fund Society, FSB, d/b/a Christiana Trust, not individually but as trustee for Pretium Mortgage Acquisition Trust ("Secured Creditor"), a creditor in the above-captioned case, the undersigned requests that all notices required to be given in this case and all papers required to be served in this case pursuant to Federal Rule of Bankruptcy Procedure 2002 be served upon the undersigned, and that the undersigned be added to the Court's Master Mailing List.

**Marinosci Law Group, P.C.**
**ATTN:  Bankruptcy Department**
**100 West Cypress Creek Road, Suite 1045**
**Fort Lauderdale, FL 33309**

**MARINOSCI LAW GROUP, P.C**.
Authorized Agent for Secured Creditor
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 644-8704 / Fax:  (954) 772-9601
Email: fdispigna@mlg-defaultlaw.com

/s/ Frederic Dispigna
**Frederic Dispigna**

BK Case No.: 17-23136-GLT

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing Request for Notice has been served electronically or via U.S. Mail, first-class postage prepaid, to the parties listed below on January 19, 2018.

Michael Caporali
2039 Red Barn Rd
New Kensington, PA 15068

Lawrence W. Willis
Willis & Associates
201 Penn Center Blvd
Suite 400
Pittsburgh, PA 15235

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

Office of the United States Trustee
Liberty Center.
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222

**MARINOSCI LAW GROUP, P.C.**
Authorized Agent for Secured Creditor
100 West Cypress Creek Road, Suite 1045
Fort Lauderdale, FL 33309
Phone: (954) 644-8704 / Fax: (954) 772-9601
Email: fdispigna@mlg-defaultlaw.com

/s/ Frederic Dispigna
**Frederic Dispigna**