# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### Conciliation Conference:

| | |
|---|---|
| **Debtor:** | RUTH M. HOLDEN |
| **Case Number:** | 17-23136-GLT     **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 08, 2018  10:30 AM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

### Matter:

#44 - Amended Plan Dated 11/30/2017  (NFC)
R / M #:  44 / 0

### Appearances:

Debtor: BURLDELSI  /  STKIRISA

Trustee: Winnecour / Pail / Katz

Creditor: IRVIN - PA Dep't LtI

WARNRMUT - WILMINGTON SAVINGS

### Proceedings:

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. __X__ Contested Hearing: _____ at _____.
10. __X__ Other:

DEBTOR'S ATTY. REQUESTS DISMISSAL - NO DEFENSE
CREDITORS REQUEST DISMISSAL WITH PREJUDICE

1/31/2018   4:07:27PM