Form 309

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Ruth M. Holden** | : | Case No. 17−23136−GLT |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| | : | |
| | : | |
| | : | Issued Per Feb. 8, 2018 Proceeding |
| | : | |

## ORDER DISMISSING CASE WITHOUT PREJUDICE AND
## TERMINATING WAGE ATTACHMENT

      *AND NOW,* this **The 7th of March, 2018,** after notice and hearing and the Debtor(s) having failed to comply with the requirements of the *Bankruptcy Code*, the *Local Rules* of this Court and/or an Order of Court, it is hereby **ORDERED, ADJUDGED and DECREED** as follows:

      (1)   The above−captioned case is **DISMISSED, without prejudice**. The Debtor(s) remain legally liable for all his/her/their debts as if the bankruptcy petition had not been filed. Creditor collection remedies are reinstated pursuant to *11 U.S.C. §349*. Creditors are directed to *11 U.S.C. §108(c)* for time limits on filing a lawsuit to collect. ***Generally, a creditor's lawsuit must be filed either before the time deadline imposed by state law for filing runs, or (30) thirty days after date of this Order, whichever is later.***

      (2)   Each income attachment issued in this case is now terminated. So that each employer and entity subject to an attachment Order knows to stop the attachment, the Debtor(s) shall immediately serve a copy of this order on each such employer and entity.

      (3)   The Court retains jurisdiction over the Trustee's Report of Receipts and Disbursements and Final Report and Account. Upon submission of the UST Form 13−FR−S: Chapter 13 Standing Trustee's Final Report and Account, the Trustee is discharged from her duties in this case and this case will be closed without further order of Court.

      (4)   The Clerk shall give notice to all creditors of this dismissal.

Gregory L. Taddonio, Judge
United States Bankruptcy Court

Case Administrators to serve:
All Creditors and All Parties In Interest

```
                           United States Bankruptcy Court
                           Western District of Pennsylvania
In re:                                                             Case No. 17-23136-GLT
Ruth M. Holden                                                     Chapter 13
      Debtor
                              CERTIFICATE OF NOTICE
District/off: 0315-2          User: jhel                  Page 1 of 2         Date Rcvd: Mar 07, 2018
                              Form ID: 309                Total Noticed: 20


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 09, 2018.
db             +Ruth M. Holden,    1347 Bigler Drive,    Glenshaw, PA 15116-3025
cr             +County of Allegheny,    Goehring, Rutter & Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219-6101
cr             +Wilmington Savings Fund Society, FSB,    Marinosci Law Group, P.C.,    c/o Frederic Dispigna,
                 100 West Cypress Creek Road,    Suite 1045,    Fort Lauderdale, FL 33309-2191
14670710       +CITIMORTGAGE,    C/O FRANCES HALLINAN, ESQ,    1617 JFK BLVD, STE 1400,
                 Philadelphia, PA 19103-1814
14705191       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffrey R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14700692       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
14684960       +UPMC HOSPITAL & DOCTORS,    815 FREEPORT ROAD,    Pittsburgh, PA 15215-3301
14747971        UPMC Health Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14747970        UPMC Physician Services,    PO Box 1123,    Minneapolis, MN 55440-1123
14684961       +WALDRON ELECTRIC,    500 REGIS AVENUE,    Pittsburgh, PA 15236-1421

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14670709       +EDI: CIAC.COM Mar 08 2018 06:43:00     CITIMORTGAGE,   1111 NORTH POINTE DRIVE,
                 BUILDING 4, STE 100,    Coppell, TX 75019-3831
14682487       +E-mail/Text: ra-li-ucts-bankhbg@state.pa.us Mar 08 2018 01:46:12     COMMONWEALTH OF PA  UCTS,
                 DEPARTMENT OF LABOR AND INDUSTRY,    COLLECTIONS SUPPORT UNIT,   651 BOAS STREET, ROOM 702,
                 HARRISBURG, PA 17121-0751
14684957       +E-mail/Text: kburkley@bernsteinlaw.com Mar 08 2018 01:46:03     DUQUESNE LIGHT COMPANY,
                 C/O PETER J. ASHCROFT, ESQ.,    707 GRANT STREET,   STE 2200 GULF TOWER,
                 Pittsburgh, PA 15219-1908
14757782        E-mail/Text: blegal@phfa.org Mar 08 2018 01:45:42     PHFA/HEMAP,   211 NORTH FRONT ST,
                 PO BOX 8029,    HARRISBURG, PA 17105
14684958        E-mail/Text: blegal@phfa.org Mar 08 2018 01:45:41     PHFA,   211 NORTH FRONT STREET,
                 PO BOX 15206,    Harrisburg, PA 17105-5206
14684959       +E-mail/Text: bkteam@selenefinance.com Mar 08 2018 01:45:13     SELENE FINANCE,   PO BOX 422039,
                 Houston, TX 77242-4239
14717971        EDI: AIS.COM Mar 08 2018 06:43:00     Verizon,   by American InfoSource LP as agent,
                 PO Box 248838,    Oklahoma City, OK  73124-8838
14684962       +EDI: WFFC.COM Mar 08 2018 06:43:00     WELLS FARGO,   PO BOX 25341,   Santa Ana, CA 92799-5341
14685401        EDI: WFFC.COM Mar 08 2018 06:43:00     Wells Fargo Bank N.A., d/b/a Wells Fargo Dealer Se,
                 P.O. BOX 19657,    IRVINE, CA 92623-9657
14753395       +E-mail/Text: bkteam@selenefinance.com Mar 08 2018 01:45:13
                 Wilmington Savings Fund Society, FSB, d/b/a Christ,    c/o Selene Finance LP,
                 9990 Richmond Ave Ste 400 South,    Houston TX 77042-4546
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             Duquesne Light Company
cr             Wilmington Savings Fund Society, FSB, d/b/a Christ
cr             Wilmington Savings Fund Society, FSB, d/b/a Christ
14752191       Duquesne Light Company
cr*           +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
                                                                                    TOTALS: 4, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 09, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: jhel                 Page 2 of 2               Date Rcvd: Mar 07, 2018
                               Form ID: 309               Total Noticed: 20
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 7, 2018 at the address(es) listed below:

        Allison L. Carr    on behalf of Creditor    Duquesne Light Company acarr@bernsteinlaw.com,
         acarr@ecf.courtdrive.com;cwirick@ecf.courtdrive.com
        CSU - OUCTS, PA Labor & Industry    ra-li-ucts-bankpitts@state.pa.us
        James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
         Trust, not individually but as Trustee for Pretium Mortgage Acquisition Trust
         bkgroup@kmllawgroup.com
        James Warmbrodt    on behalf of Creditor    Wilmington Savings Fund Society, FSB, d/b/a Christiana
         Trust, not individually  but as trustee for Pretium Mortgage Acquisition Trust
         bkgroup@kmllawgroup.com
        Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
         cnoroski@grblaw.com
        Jennifer M. Irvin    on behalf of Creditor    CSU - OUCTS, PA Labor & Industry jeirvin@pa.gov,
         jeirvin@pa.gov
        Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
        Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
        Russell A. Burdelski    on behalf of Debtor Ruth M. Holden atyrusb@choiceonemail.com
        S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com

                                                                                                                                    TOTAL: 10