**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

RUTH M. HOLDEN

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Repondents.

Case No.:17-23136 GLT

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 08/04/2017 and confirmed on 11/21/2017. The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 1,232.22 |
| Less Refunds to Debtor | 0.00 | |
| TOTAL AMOUNT OF PLAN FUND | | 1,232.22 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 1,178.00 | |
|    Trustee Fee | 54.22 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,232.22 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Secured | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4096 | | | | |
|   PA DEPARTMENT OF LABOR & INDUSTRY( | 8,160.94 | 0.00 | 0.00 | 0.00 |
|     Acct: 4329 | | | | |
|   CITIMORTGAGE(*) | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 7034 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 11.96 | 0.00 | 0.00 | 0.00 |
|     Acct: A376 | | | | |
|   COUNTY OF ALLEGHENY (R/E TAX)* | 48.78 | 0.00 | 0.00 | 0.00 |
|     Acct: A376 | | | | |
|   WILMINGTON SAVINGS FUND SOCIETY FS | 65,929.74 | 0.00 | 0.00 | 0.00 |
|     Acct: 4096 | | | | |
|   PHFA-HEMAP(*) | 30,286.24 | 0.00 | 0.00 | 0.00 |
|     Acct: 8093 | | | | |
|   WELLS FARGO BANK NA D/B/A WELLS FA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 9660 | | | | |
| | ***NONE*** | | | |
| Priority | | | | |

| 17-23136 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |

**Priority**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| RUSSELL A BURDELSKI ESQ* <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| RUTH M. HOLDEN <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| LAW OFFICES OF RUSSELL A BURDELSKI <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF LABOR & INDUSTRY <br> Acct: 4329 | 31,581.02 | 0.00 | 0.00 | 0.00 |
| RUSSELL A BURDELSKI ESQ* <br> Acct: | 2,500.00 | 1,178.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

**Unsecured**

| Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| PEOPLES NATURAL GAS CO LLC* <br> Acct: 5079 | 3,072.62 | 0.00 | 0.00 | 0.00 |
| DUQUESNE LIGHT COMPANY* <br> Acct: 0000 | 15,292.28 | 0.00 | 0.00 | 0.00 |
| UPMC HEALTH SERVICES <br> Acct: 4090 | 275.00 | 0.00 | 0.00 | 0.00 |
| ALLISON L CARR ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JENNIFER M IRVIN - ASST COUNSEL <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WALDRON ELECTRIC <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| WELLS FARGO BANK NA D/B/A WELLS FA <br> Acct: 9660 | 2,518.76 | 0.00 | 0.00 | 0.00 |
| CHRISTOPHER K BAXTER ESQ <br> Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT FOR V <br> Acct: 0001 | 208.70 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT FOR V <br> Acct: 0001 | 321.06 | 0.00 | 0.00 | 0.00 |
| UPMC PHYSICIAN SERVICES <br> Acct: 4090 | 150.00 | 0.00 | 0.00 | 0.00 |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | | | 0.00 |
|---|---|---|---|---|

TOTAL CLAIMED
PRIORITY          31,581.02
SECURED          104,437.66
UNSECURED         21.838.42

Date: 04/17/2018

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com